1  Vincent W. Davis. Esq. (SBN 125399)
   Edna V. Wenning, Esq. (SBN 130377)
2  Law Offices of Vincent W. Davis and Associates
   150 North Santa Anita Avenue, Suite 200
3  Arcadia, California 91006
   Telephone: 626-446-6442
4  Fax: 626-446-6454
   Email: edna@vincentwdavis.com
5
   Attorneys for Plaintiffs
6

7
                 UNITED STATES DISTRICT COURT
8
           CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
9

10 JASMINE JONES, an individual;         ) CASE NO:
   MINORS J.M.W., J.M.W., J.J and J.S.J, )
11 by and through their Guardian Ad Litem,) PETITION FOR APPOINTMENT OF
12 JAMILA JAMES,                          ) GUARDIAN AD LITEM
                                          )
13                                        )
14              Plaintiffs,               )
     v.                                   )
15                                        )
16 COUNTY OF SAN BERNARDINO, by           )
   and through THE SAN BERNARDINO         )
17 COUNTY DEPARTMENT OF                   )
18 CHILDREN AND FAMILY SERVICES;          )
   KRYSTAL CAMPBELL-BANNER, an            )
19 individual; JUANITA GREEN, an          )
20 individual; RIVERSIDE COUNTY           )
   SHERIFF DETECTIVE MATTHEW              )
21 POSSON, an individual; OLIVE CREST-    )
22 SAFE FAMILIES FOR CHILDREN, a          )
   business entity form unknown; CONNIE   )
23 WOOD, an individual; CHRIS WOOD,       )
24 an individual; and, DOES 1 through 50, )
   inclusive,                             )
25                                        )
                                          )
26              Defendants.               )
                                          )
27

28                                   - 1 -

PLAINTIFF STATES AS FOLLOWS:

1.  I, Plaintiff JASMINE JONES, am the mother of Minor Plaintiffs J.M.W.; J.M.W.; J.J. and J.S.J.

2.  Plaintiff J.M.W. and plaintiff J.M.W, are twins, born in or around September of 2017; Plaintiff J.J. was born in or around July, 2013 and plaintiff J.S.J. was born in or around April 2016.

3.  On or about March 2018, all minor plaintiffs were removed from their biological mother and were placed in a foster home based on misrepresentations in the detention report and jurisdiction/disposition reports. The children were returned around November 2019 and the juvenile dependency case was not dismissed until June 9, 2020.

4.  While in foster care, the children sustained injuries and plaintiff Jasmine Jones was accused of unfounded allegations.

5.  The names of the minor plaintiffs in this action have been abbreviated to the initials of their first and last names in order to protect the privacy and identities of the minor plaintiffs. If any party to this action desires the full and complete names of the minor plaintiffs, said party should contact the attorney of record for that information.

6.  My address is 3409 North E Street, Apt. D, San Bernardino, CA 92405.

7.  I am requesting the Court to appoint JAMILA JAMES as Guardian ad Litem for all the minor plaintiffs. Ms. James is a competent and responsible adult person, and fully able to act as the Guardian Ad Litem for the minor plaintiffs in this case.

8.  I have requested JAMILA JAMES to act as the Guardian Ad Litem for the Minor Plaintiffs, J.M.W.; J.M.W.; J.J.; and J.S.J., as witnessed by her consent

attached hereto.

WHEREFORE, I move the Court for an order appointing JAMILA JAMES as Guardian Ad Litem for the minor plaintiffs for the purpose of bringing action against the aforementioned Defendants in the above-captioned case, and on the claims stated therein.

Dated: April 8 2021

JASMINE JONES

Dated: April 9, 2021

Vincent W. Davis, Esq.
Edna V. Wenning, Esq.
Attorneys for Plaintiffs

CONSENT

I, JAMILA JAMES, consent to act as Guardian Ad Litem for the Minor Plaintiffs J.M.J.; J.M.J.; J.J. and J.S.J. in the above action. My address is 26200 Redlands Blvd., Apt. 156, Redlands, CA 92373.

DATED: April 04/8 2021

JAMILA JAMES