# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JASMINE JONES, an individual; MINORS J.M.W., J.M.W., J.J and J.S.J, by and through their Guardian Ad Litem, JAMILA JAMES,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SAN BERNARDINO, by and through THE SAN BERNARDINO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; KRYSTAL CAMPBELL-BANNER, an individual; JUANITA GREEN, an individual; RIVERSIDE COUNTY SHERIFF DETECTIVE MATTHEW POSSON, an individual; OLIVE CREST-SAFE FAMILIES FOR CHILDREN, a business entity form unknown; CONNIE WOOD, an individual; CHRIS WOOD, an individual; and, DOES 1 through 50, inclusive,<br><br>DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO:<br><br>[PROPOSED]<br>**ORDER GRANTING APPOINTMENT OF GUARDIAN AD LITEM** |

- 1 -

The Court, having read and considered Plaintiff's Ex Parte Petition for Appointment of Guardian ad Litem of the minors J.M.J.; J.M.J.; J.J.; and J.S.J., hereby Orders and finds as follows:

1. Appointment of a guardian of all minor plaintiffs is necessary or convenient to the litigation of these proceedings.
2. JAMILA JAMES is hereby appointed as Guardian Ad Litem for Plaintiffs J.M.J.; J.M.J.; J.J. and J.S.J. for the purpose of bringing action against the aforementioned Defendants in the above-captioned case, and on the claims stated therein.

**IT IS SO ORDERED.**

DATED: April ____, 2021

_____
MAGISTRATE/JUDGE