# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jasmine Jones, et al., | CASE NUMBER |
| | 5:21-cv-00695-JGB-SPx |
| PLAINTIFF(S) | |
| v. | |
| County of San Bernardino, et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

April 27, 2021
Date

United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency        ☐ District Court lacks jurisdiction

☐ Legally and/or factually patently frivolous        ☐ Immunity as to _____

☐ Other: _____

Comments:

Date

United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☐ DENIED (see comments above).  IT IS FURTHER ORDERED that:

☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.

☐ This case is hereby DISMISSED immediately.

☐ This case is hereby REMANDED to state court.

Date

United States District Judge